ORIGINAL

FILED
AUG 15 2007
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| IBA MOLECULAR NORTH AMERICA, INC<br>100 Executive Drive<br>Sterling, Virginia 20166<br>Plaintiff<br>v.<br><br>DEPARTMENT OF VETERAN AFFAIRS | Case No. 07-606 C |

## COMPLAINT

IBA Molecular brings this lawsuit to recover fees that it is owed for products ordered by Department of Veteran Affairs Defendant and provided by IBA Molecular, North America pursuant to an agreement between the parties.

## NATURE OF ACTION

1. Department of Veterans Affairs Medical Center Department of Nuclear Medicine, located at 50 Irving street NW, Washington, DC 20422, entered into an agreement with the Plaintiff to purchase isotopes from Plaintiff. Plaintiff has delivered such isotopes to Defendant. Defendant accepted delivery of such isotopes and has continued to regularly order more isotopes for two years.

2. Defendant ordered, received and accepted from Plaintiff goods total of $285,373.07

3. Defendant has paid some invoices but still owes the Plaintiff $140,074.44.

4. As such, Defendant breached the terms of the parties' agreement.

## JURISDICTION AND VENUE

5. This court has diversity jurisdiction pursuant to 28 U.S.C. § 1491.

## PARTIES

6. Plaintiff IBA Molecular, North America, Inc. is a Virginia corporation in good standing. The Plaintiff is a supplier of isotopes. Its principal place of business is in Sterling, Virginia, within this district.

7. Upon information and belief, Defendant Department of Veteran Affairs, is a department of the United States Government.

## FACTUAL ALLEGATIONS

8. Plaintiff and Defendant signed a "FDG agreement" on August 28, 2001.

9. Since Aug 2001, Defendant ordered, and Plaintiff shipped, the doses of isotopes under the FDG Agreement.

10. Defendant never returned the doses and never stated that they did not have an agreement with the Plaintiff. Upon information and belief, such isotopes were used by Defendant in the ordinary course of its medical business.

11. Defendant continued to order, receive and accept doses of isotopes from Plaintiff until around February 2005.

12. Defendant has previously paid invoices totaling $51,182

13. The FDG agreement allows the Plaintiff to charge interest on unpaid invoices.

14. With all the interest the Defendant still has an unpaid invoice of $140,074.44

15. Plaintiff has never received any other payment from Defendant.

16. Plaintiff has sent numerous letters demanding payment and has called the the offices several times. The Plaintiff has even sent a demand letter to the Office of General Counsel for the Department of Veterans Affairs.

**COUNT 1**

17. Plaintiff incorporates by reference paragraphs 1-16, *supra,* as if fully set forth herein.

18. Defendant breached its contract with Plaintiff.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff respectfully requests that this Court:

a. Declare that Defendant has breached its agreement with Plaintiff;

b. Award Plaintiff damages under the contract of $140,074.44 plus interest;

c. Award Plaintiff its attorneys' fees, court costs and all other litigation expenses; and

d. Grant any other relief the Court deems appropriate.

Respectfully submitted

Faisal Gill,
Counsel of Record
1750 Tysons BLVD
Suite 100
McLean, VA 22102
(703) 992-6849 (o)
(703) 991-7269 (fax)