**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IBA MOLECULAR NORTH AMERICA, INC., | ) | |
| Plaintiff, | ) | Case No. 07-606C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 30 days, to and including November 14, 2007, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on October 15, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Upon receipt of the complaint, defendant's counsel of record promptly forwarded it to the United States Department of Veterans Affairs for investigation and comment. The United States Department of Veterans Affairs personnel are actively working on collecting information that is necessary to respond to the complaint, but cannot provide complete and accurate information in the present time frame. The enlargement is necessary for the United States Department of Veterans Affairs personnel to assemble the necessary information, and to transmit it to defendant's counsel for examination and evaluation prior to formulation of the appropriate response, approval, and filing.

For the foregoing reasons, we respectfully request the Court to grant our motion for an enlargement of time of 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
Mark A. Melnick
Assistant Director

s/Sean M. Dunn
SEAN DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0883
Fax: (202) 353-7988

Attorneys for Defendant

October 10, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 10th day of October, 2007, a copy of the foregoing "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn