**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IBA MOLECULAR<br>NORTH AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-606C<br>(Chief Judge Damich) |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 33 days, to and including December 17, 2007, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on November 14, 2007. This is our second request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Upon receipt of the complaint, defendant's counsel of record promptly forwarded it to the United States Department of Veterans Affairs for investigation and comment. Although the United States Department of Veterans Affairs personnel have actively worked on collecting relevant information, including invoices and correspondence, they need additional time to provide complete and accurate information. In addition, since our last motion for an enlargement, defendant has become concerned whether the Court possesses jurisdiction in this matter. To resolve this issue, we have shared our concern with plaintiff's counsel, who has agreed to provide us its key documents. In addition, since our last enlargement, defendant's counsel has had surgery relating to a broken wrist, which has required significant recovery time out of the office. Defendant requests 33 days rather than 30 because defendant's counsel is

counsel of record in a matter before the United States Court of International Trade, Home Products International, Inc. v. United States, No. 07-00123, in which defendant's response is due on December 13, 2007. Finally, defendant's counsel of record will be traveling out of the country from November 14 through November 26 for a vacation planned several months ago.

For the foregoing reasons, we respectfully request the Court to grant our motion for a second enlargement of time of 33 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
Mark A. Melnick
Assistant Director

s/Sean M. Dunn
SEAN DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0883
Fax: (202) 353-7988
Attorneys for Defendant

November 8, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 8th day of November, 2007, a copy of the foregoing "Defendant's Second Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn