UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IBA MOLECULAR NORTH AMERICA, INC | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 07-606C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF MOTION TO WITHDRAW WITHOUT PREJUDICE**

Plaintiff respectfully requests that the court allow the Plaintiff to withdraw its case without prejudice.

Respectfully submitted

s/Faisal Gill

Faisal Gill,
Counsel of Record
1750 Tysons BLVD
Suite 100
McLean, VA 22102
(703) 992-6849 (o)
(703) 991-7269 (fax)

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IBA MOLECULAR<br>NORTH AMERICA, INC<br><br>Plaintiff<br>v.<br><br>THE UNITED STATES,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-606C<br>(Chief Judge Damich) |

**ORDER**

Plaintiff's Motion to Withdraw without Prejudice is hereby granted.

____________________
Chief Judge Damich

**CERTIFICATE OF FILING**

I hereby certify that on 30 November 2007, a copy of the forgoing "Motion to Withdraw Without Prejudice" and accompanying Order was electronically filed. I understand that the copy will be sent to all parties by the Court. All parties will have access via the electronic filing system.

s/ Faisal Gill