# In the United States Court of Federal Claims

No. 07-606 C

(Filed: December 6, 2007)

*********************************
**IBA MOLECULAR** *
**NORTH AMERICA, INC.,** *

Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************

**ORDER**

On November 30, 2007, Plaintiff moved this Court for permission to "withdraw its case without prejudice." Plaintiff['s] Motion To Withdraw Without Prejudice. Pursuant to this motion and Rule 41(a)(2) of the Rules of the Court of Federal Claims, Plaintiff's case is hereby DISMISSED without prejudice.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge